UNITED STATES of America,
Plaintiff–Appellee

v.

Gustavo Adolfo PAXTOR,
Defendant–Appellant.

No. 04–50813.

United States Court of Appeals,
Fifth Circuit.

Decided June 24, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Judy Fulmer Madewell, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before KING, Chief Judge, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that appellant's unopposed motion to remand case for resentencing is GRANTED.

IT IS FURTHER ORDERED that appellant's unopposed motion to extend time to file appellant's supplemental brief 20 days from the Court's denial of appellant's

motion to remand is DENIED as unnecessary.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.